# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.   Case No.   3:23-cv-1130-MMH-LLL

FLORIDA CARE ALF OF AMELIA
ISLAND, INC.,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Joint Motion for Approval and Entry of Consent Decree (Doc. 64; Motion), filed on November 20, 2024. In the Motion, Plaintiff, the United States Equal Employment Opportunity Commission (EEOC), and Defendant, Florida Care ALF of Amelia Island, Inc. (Florida Care), request that the Court approve and enter their proposed Consent Decree (Doc. 64-1) to resolve this action. See Motion at 1–2. Upon review of the Motion, the proposed Consent Decree, and the record in this case, the Court finds that the Motion is due to be granted. As such, with minor revisions, Court will approve the Consent Decree and enter it in this case. Accordingly, it is

**ORDERED:**

1. The Joint Motion for Approval and Entry of Consent Decree (Doc. 64) is **GRANTED**.

2. The Court will enter the revised Consent Decree as the Court's order.

3. Upon entry of the Consent Decree, the Clerk of the Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of February, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

lc33

Copies to:
Counsel of Record